United States Bankruptcy Court
Central District of California

In re:  
Julieta Ceja-Preciado  
    Debtor

Case No. 11-37969-SK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: bmerceneC    Page 1 of 1    Date Rcvd: Aug 11, 2011  
                             Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2011.  
29746346     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2011**                                **Signature:** _/s/ Joseph Speetjens_

**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 2:11-bk-37969-SK
Chapter 13

In re: Debtor(s) (including Name and Address)

Julieta Ceja-Preciado
7716 Avalon Blvd
Los Angeles CA 90003

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/10/2011.

Name and Address of Alleged Transferor(s):

Claim No. 1: FIA CARD SERVICES, N.A., PO Box 15102, Wilmington, DE 19886-5102

Name and Address of Transferee:

Candica, L.L.C.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/13/11

Kathleen J. Campbell
**CLERK OF THE COURT**